UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMIEL ROMERO and HECTOR R.
VASQUEZ BONILLA,

              Plaintiffs,

    -against-

NELSON CRUZ, RYDER TRUCK RENTAL,
INC.,
RYDER SYSTEM, INC., and MAA
REMODELING INC.,

              Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __6/1/2026__

26 Civ. 4214 (AT)

**ORDER**

---

ANALISA TORRES, United States District Judge:

      Defendants removed this action from the Supreme Court of the State of New York, County of Bronx, to this Court pursuant to 28 U.S.C. §§ 1332 and 1441.  *See* Notice of Removal ("NOR"), ECF No. 1.  Defendants state that they timely removed the action "within 30 days of [their] first learning that the amount in controversy exceeds $75,000."  *Id.* ¶ 13.  Defendants assert that the NOR "is being served on plaintiff."  *Id.* ¶ 14.

      By **June 3, 2026**, Defendants shall serve Plaintiffs with a copy of this order and the NOR and accompanying exhibit.  By **June 5, 2026**, Defendants shall file proof of service on the docket.  By **June 15, 2026**, Plaintiffs shall indicate whether they contest removal.

      SO ORDERED.

Dated: June 1, 2026
      New York, New York

                                 ANALISA TORRES
                         United States District Judge