USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 09/03/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMIEL ROMERO,

Plaintiff and Counterclaim Defendant,

and HECTOR R. VASQUEZ BONILLA,

Plaintiff,

-against-

NELSON CRUZ, et al.,

Defendants and Counterclaimants.

26-CV-4214 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Due to a change in the Court's schedule, the initial case management conference scheduled for September 15, 2026 at 10:00 a.m. is RESCHEDULED to the same date, **September 15, 2026**, at **11:30 a.m.** The parties must still submit their joint status letter no later than **September 8, 2026**.

Dated: New York, New York
September 3, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**